

MICHAEL WISEMAN
wiseman@wisemanschwartz.com
215-450-0903

KARL SCHWARTZ
schwartz@wisemanschwartz.com
215-450-3391

JON CIOSCHI
cioschi@wisemanschwartz.com
610-574-1877

CATHERINE TRAMA
trama@wisemanschwartz.com
732-801-8189

ALAN J. TAUBER
*Of Counsel*

ANJIE YANG
*Legal Assistant*
yang@wisemanschwartz.com
215- 360 - 3988

Wiseman & Schwartz, LLP
The Cast Iron Building
718 Arch Street
Suite 701 N
Philadelphia, PA 19106
215-360 - 3988
wisemanschwartz.com

August 28, 2024

Honorable Robert D. Mariani
United States District Judge
Via ECF

Re:      *Williams v. Superintendent*, 3:20-cv-908 (M.D. Pa)

Your Honor:

I am writing to follow up on Attorney Affronti's letter filed today. I apologize for any confusion my letter may have caused.

I have reviewed and concur in the form of order submitted by the Office of Attorney General.

Respectfully,

/s/ Michael Wiseman

Michael Wiseman

cc: Brian Deiderick
    SDAG Susan Affronti
    By ECF and Email