IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Eddie Williams  :
           Petitioner  :
                        :
v.  :  No. 1:20-cv-0908
                        :
Superintendent, SCI Green, *et al.*  :
           Defendants  :

## ORDER

AND NOW, this 4th day of September, 2024, for the reasons set forth in the Third Circuit's opinion issued on August 13, 2024, IT IS HEREBY ORDERED THAT:

1. The stay previously issued by this Court on June 9, 2022, is LIFTED.

2. Petitioner Williams' Petition for Writ of Habeas Corpus (Doc. 1) pursuant to 28 U.S.C § 2254 is CONDITIONALLY GRANTED.

3. Williams' conviction shall be vacated and the Commonwealth shall either release or retry Williams within 60 days of the date of this Order, or Williams shall be released from custody.

4. The Clerk of Court is directed to CLOSE the above-captioned action.

                                                Robert D. Mariani
                                                United States District Judge